UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANNE MARIE MANGANO                  JURY TRIAL DEMANDED

v.                                        CASE NO.  3:10CV

BENJAMIN MORRIS

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut.

4. Plaintiff was the holder of a personal Citibank credit card.

5. On or about August 7, 2009, Defendant sent a collection letter to plaintiff claiming that CUDA & Associates, LLC ("CUDA"), recently purchased her account, and the balance was $17,856.95.

6. If CUDA purchased the account, it was for pennies on the dollar.

7. The collection letter did not contain the safe harbor notice of Miller v. McCalla, Raymer, Patrick, Cobb, Nichols & Clark, LLC, 214 F. 3d 872 (7th Cir. 2000).

8. On August 15, 2009, plaintiff mailed to defendant a request for verification of the account.

9. Without responding to the request, on January 6, 2010, defendant signed a summons and complaint against her, later docketed as FST-CV-10-6003375-S, claiming that the balance was $19,225.68.

10. Despite specific reminder of his obligations pursuant to 15 U.S.C. § 1692g, defendant continued to pursue the lawsuit.

11. Defendant is an owner and managing member of CUDA as well as its attorney.

FIRST COUNT

12. In the collection efforts after April 21, 2009, defendant violated the FDCPA, § 1692e, -f(1), or -g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide.

THE PLAINTIFF

BY __/s/ Joanne S. Faulkner__
JOANNE S. FAULKNER ct04137
123 AVON STREET
NEW HAVEN, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net